IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAM CABALLERO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:17-CV-00789-DAE |
| | § | |
| | § | |
| O'REILLY AUTO | § | |
| ENTERPRISES, LLC | § | |
| | § | |
| *Defendant*. | § | |

## JOINT ADR REPORT

Pursuant to local rule CV-88, the parties hereby submit this ADR Report, and respectfully show as follows:

1. The parties have not yet engaged in settlement negotiations but Plaintiff will make a settlement offer as required by the Scheduling Order in this case.

2. Plaintiff is the person responsible for settlement negotiations on his behalf. The person responsible for settlement negotiations on behalf of Defendant is Sarah Nicolas.

3. The parties agree that alternative dispute resolution, in the form of mediation, may be appropriate in this case. The parties have agreed to consider mediation after discovery is commenced with a mutually agreed upon mediator. The fee of the mediator will be split equally between the parties.

Respectfully submitted,

BAYNE, SNELL, & KRAUSE
8626 Tesoro, Drive, Suite 500
San Antonio, Texas 78217
Email: dsnell@bsklaw.com
Telephone: (210) 824-3278
Facsimile: (210) 824-3937


By :  /s/ David C. "Clay" Snell
    David C. "Clay" Snell
    State Bar No. 24011309
    *Attorney for Plaintiff*


/s/ Sarah A. Nicolas
Sarah A. Nicolas
State Bar No. 24013543
efile@ramonworthington.com
snicolas@ramonworthington.com
Ramón | Worthington, PLLC
11940 Jollyville Road, Ste. 125-S
Austin, Texas  78759
(512) 643-6005 – Phone
*Attorney-in-Charge for Defendant*