IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAM CABALLERO | § | |
| Plaintiff, | § § § | |
| vs. | § § | Civil Action No. 5:17-cv-00789 |
| O'REILLY AUTO ENTERPRISES, LLC | § § § | |
| Defendant. | § § | |

## THIRD-PARTY DEFENDANT UNIFIRST CORPORATION'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Third-Party Defendant Unifirst Corporation requests that Mark R. Strandmo of the law firm of Brock Guerra Strandmo Dimaline Jones, P.C., be permitted to withdraw as counsel of record for O'Reilly in the above-captioned case, and that Michael I. Ramirez, David A. DuBois and Alyssa P. Wickern of the law firm of McCoy Leavitt Laskey LLC, 20726 Stone Oak Parkway, Suite 116, San Antonio, Texas 78258 be substituted as lead counsel for Unifirst Corporation.

WHEREFORE, PREMISES CONSIDERED, Unifirst Corporation respectfully requests that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel and for such other and further relief to which Defendant may be justly entitled.

1

Respectfully submitted,

Dated: 8-16-18      By: _____ (DAD w/ permission)
MARK R. STRANDMO
State Bar No. 00786264
Email: mstrandmo@brock.law
BROCK GUERRA STRANDMO DIMALINE
JONES, P.C.
17339 Redland Road
San Antonio, Texas 78247
Telephone: 210/979-0100
Facsimile: 210/979-7810


Dated: 8-16-18      By: _____
MICHAEL I. RAMIREZ
State Bar No. 24008604
Email: mramirez@mlllaw.com
DAVID A. DuBOIS
State Bar No. 24098871
Email: ddubois@mlllaw.com
ALYSSA P. WICKERN
State Bar No. 24079571
Email: awickern@mlllaw.com
McCOY LEAVITT LASKEY LLC
20726 Stone Oak Parkway
San Antonio, Texas 78258
Telephone: 210/446-2828
Facsimile: 262/522-7020

COUNSEL FOR THIRD-PARTY
DEFENDANT UNIFIRST CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served via the Court's CM/ECF system in compliance with Local Rule CV-5 on this 16th day of August, 2018, to:

| | |
|---|---|
| David C. "Clay" Snell<br>Bayne, Snell & Krause<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, Texas 78209 | Fax No. 210/82-3937<br>Email: dsnell@bsklaw.com |
| Sarah Ann Nicolas<br>Ramon & Worthington PLLC<br>11940 Jollyville Road<br>Suite 125-S<br>Austin, Texas 78759 | Email: snicolas@ramonworthington.com<br>litfile@ramonworthington.com |
| Sofia A. Ramon<br>Ramon & Worthington PLLC<br>900 Kerria Avenue<br>McAllen, Texas 78501 | Email: sramon@ramonworthington.com<br>litfile@ramonworthington.com |

*(signature)* (DAD w/ permission)

MARK R. STRANDMO

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAM CABALLERO | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 5:17-cv-00789 |
| | § | |
| O'REILLY AUTO ENTERPRISES, LLC | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING THIRD-PARTY DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

On this ____ day of _____, 2018, came on to be heard, the above and foregoing Motion for Withdrawal and Substitution of Counsel, and the Court having considered the Motion and being of the opinion that the same should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Mark R. Strandmo, Brock Guerra Strandmo Dimaline Jones, P.C., be withdrawn as attorney-of-record for the Third-Party Defendant **UNIFIRST CORPORATION** in the above styled and numbered cause and that the following counsel be substituted in their stead: Michael I. Ramirez, David A. DuBois, Alyssa P. Wickern, McCoy Leavitt Laskey LLC, 20726 Stone Oak Parkway, Suite 116, San Antonio, Texas 78258.

SIGNED this _____ day of _____, 2018.

_____
JUDGE PRESIDING

1