IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Sam Caballero | § | |
| | § | |
| vs. | § | NO: SA:17-CV-00789-DAE |
| | § | |
| O'Reilly Auto Enterprises, LLC and | § | |
| UniFirst Corporation | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

NOW COME Plaintiff Sam Caballero and Defendants O'Reilly Auto Enterprises, LLC and UniFirst Corporation and file this Joint Alternative Dispute Resolution Report, pursuant to the Court's Scheduling Order and Local Rule CV-88.

1.      The current scheduling order required that a written offer of settlement be made by Plaintiff by August 1, 2018, and that each opposing party would respond by August 15, 2018.  Due to pending discovery, however, a settlement demand and responses have not yet been exchanged.

2.      The parties agree that mediation will be an appropriate alternative dispute resolution method for this case, after completion of additional written and deposition discovery.  The parties expect that mediation can be completed before December 31, 2018.

3.      The person responsive for settlement negotiations for Plaintiff is David C. "Clay" Snell of Bayne, Snell & Krause.

4.      The person responsible for settlement negotiations for Defendant O'Reilly Auto Enterprises is Sarah A. Nicolas of Ramón | Worthington, PLLC.

5.      The person responsible for settlement negotiations for Defendant UniFirst Corporation is Michael I. Ramirez of McCoy, Leavitt Laskey LLC.

6.     The parties will confer on the provider for such mediation and, in the event an agreement

cannot be reached, will seek the Court's assistance.

7.     The parties' will bear their own costs for any such mediation.

Respectfully submitted,

/s/ Sarah A. Nicolas
Sarah A. Nicolas
State Bar No. 24013543
snicolas@ramonworthington.com
**ATTORNEY IN CHARGE FOR DEFENDANT**
Sofia A. Ramon
State Bar No. 00784811
sramon@ramonworthington.com
**RAMÓN | WORTHINGTON, PLLC**
11940 Jollyville Road, Suite 125-S
Austin, Texas 78759
(512) 643-6005 – Phone
For eservice: efile@ramonworthington.com
**ATTORNEYS FOR**
**O'REILLY AUTO ENTERPRISES, LLC**

/s/ David C. "Clay" Snell
David C. "Clay" Snell
State Bar No. 24011309
dsnell@bsklaw.com
**BAYNE, SNELL & KRAUSE**
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
(210) 824-3278 – Phone
(210) 824-3937 – Fax
**ATTORNEY FOR PLAINTIFF**

*/s/ Michael I. Ramirez*
Michael I. Ramirez
State Bar No. 24008604
mramirez@mlllaw.com
David A. DuBois
State Bar No. 24098871
ddubois@mlllaw.com
Alyssa P. Wickern
State Bar No. 24079571
awickern@mlllaw.com
**McCOY LEAVITT LASKEY LLC**
20726 Stone Oak Parkway
San Antonio, Texas 78258
(210) 446-2828 – Phone
(262) 522-7020 - Fax
**ATTORNEYS FOR UNIFIRST**
**CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was served this 7th day of September, 2018 via electronic filing to:

David C. "Clay" Snell
dsnell@bsklaw.com
**BAYNE, SNELL & KRAUSE**
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
(210) 824-3278 – Phone
(210) 824-3937 – Fax
**ATTORNEY FOR PLAINTIFF**

Michael I. Ramirez
State Bar No. 24008604
mramirez@mlllaw.com
David A. DuBois
ddubois@mlllaw.com
Alyssa P. Wickern
awickern@mlllaw.com
**McCOY LEAVITT LASKEY LLC**
20726 Stone Oak Parkway
San Antonio, Texas 78258
(210) 446-2828 – Phone
(262) 522-7020 - Fax
**ATTORNEY FOR THIRD-PARTY DEFENDANT
UNIFIRST CORPORATION**

/s/ *Sarah A. Nicolas*
Sarah A. Nicolas